

# NUMBER 13-15-00209-CV

# COURT OF APPEALS

# THIRTEEN DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

## IN RE ONE GAS, INC. D/B/A TEXAS GAS SERVICE CO.

## On Petition for Writ of Mandamus.

## ORDER

### Before Chief Justice Valdez and Justices Rodriguez and Longoria
### Per Curiam Order

Relator, One Gas, Inc. d/b/a Texas Gas Service Co., filed a petition for writ of mandamus and emergency motion to stay in the above cause on April 29, 2015. Through this original proceeding, relator seeks to vacate an order granting a temporary injunction which requires relator to, inter alia, remove a gas pipeline from realty before October 15, 2015.

The Court, having examined and fully considered the emergency motion for stay, is of the opinion that said motion should be granted. The emergency motion for stay is hereby GRANTED, and the trial court proceedings, including the trial of this matter set for

June 22, 2015, are ordered STAYED pending further order of this Court, or until the case is finally decided. *See* TEX. R. APP. P. 52.10(b) ("Unless vacated or modified, an order granting temporary relief is effective until the case is finally decided.").

The Court requests that the real party in interest, MVP Properties, LLC, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of April, 2015.

2